173 So. 395

## Jack CLAYTON v. STATE.
### 4 Div. 936.

Supreme Court of Alabama.
March 25, 1937.

Winn & Winn, of Clayton, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

KNIGHT, Justice.

Petition of Jack Clayton for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Clayton v. State, 27 Ala. App. 332, 173 So. 395.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

173 So. 397

## FOREMAN & CO. v. Means BLEWETT.
### 1 Div. 960.

Supreme Court of Alabama.
March 25, 1937.

M. F. Dozier and B. F. McMillan, Jr., both of Mobile, for petitioner.

Leo H. Pou and Gordon, Edington & Leigh, all of Mobile, for respondent.

KNIGHT, Justice.

Petition of Foreman & Co. for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Foreman & Co. v. Means Blewett, 27 Ala.App. 365, 173 So. 396.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

173 So. 376

## Elias BEASLEY v. STATE.
### 4 Div. 937.

Supreme Court of Alabama.
March 25, 1937.

A. A. Carmichael, Atty. Gen., and Silas C. Garrett, III, Asst. Atty. Gen., for the motion.

C. J. Kettler, of Luverne, opposed.

PER CURIAM.

Petition of the State of Alabama for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Beasley v. State, 27 Ala.App. 332, 173 So. 374.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.